# Third District Court of Appeal
## State of Florida

Opinion filed May 4, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-606
Lower Tribunal No. 17-18681
_____

**Michelle Pimienta,**
Appellant,

vs.

**David Abraham Rosenfeld,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Michelle Pimienta, in proper person.

Nancy A. Hass, P.A., and Nancy A. Hass (Fort Lauderdale), for appellee.

Before LOGUE, SCALES and LOBREE, JJ.

LOBREE, J.

Michelle Pimienta (the "mother") appeals from an amended final

judgment of paternity.  After a three-day trial during which the mother voluntarily absented herself, the trial court awarded the father, David Rosenfeld, the entirety of timesharing with the parties' minor son as well as ultimate decision-making authority, in accordance with the recommendation of the guardian ad litem.  Fourteen days before trial, the mother moved for a continuance based upon the fact a psychological report had yet to be completed.  We find no abuse of discretion in the trial court's denial of the mother's motion for continuance, even in light of the withdrawal of the mother's tenth attorney shortly before trial, as our review of the record shows that the delay in completing the report was solely attributable to the mother. See Hogan v. Aloia, 257 So. 3d 479, 482-83 (Fla. 4th DCA 2018); Cargile–Schrage v. Schrage, 908 So. 2d 528, 529 (Fla. 4th DCA 2005).  Finding no error in the numerous other issues raised by the mother, we affirm the trial court's commendably detailed and thorough order.

Affirmed.